## Pay Voucher


**WELLS FARGO**

**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| | | |
|---|---|---|
| LISA DAVIS<br>6969 WIND RUN WAY<br>STONE MOUNTAIN, GA 30087<br><br>Job Title: MORTGAGE CONSULTANT (SAFE) | EmplID: 00001219047<br>AU#/CC#: 0035809<br>Location: ALPHA3333<br>Pay Begin Date: 02/26/2012<br>Pay End Date: 03/10/2012<br>Check Date: 03/15/2012 | TAX DATA:  Federal   GA<br>Marital Status:  Single   Single<br>Allowances:   0      0<br>Addl. Amt: |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,014.00 | 837.83 | 187.80 | 281.25 | 544.95 |
| YTD | 13,749.89 | 12,618.47 | 3,888.47 | 1,855.64 | 8,005.78 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 80.00 | 12.000000 | 960.00 | 458.00 | 5,496.00 | Fed Withholdng | 96.54 | 2,448.64 |
| OverTimePay | 3.00 | 18.000000 | 54.00 | 8.50 | 153.00 | Fed MED/EE | 13.76 | 194.64 |
| OverTimePay - Overide Amount | | | | | 0.65 | Fed OASDI/EE | 39.85 | 563.78 |
| Holiday | | | | 16.00 | 192.00 | GA Withholdng | 37.65 | 681.41 |
| WFHM Scorecard Bonus-Personal | | | | | 1,279.48 | | | |
| WFHM Commission Flat | | | | | 6,532.76 | | | |
| PTO | | | | 8.00 | 96.00 | | | |
| Total: | 83.00 | | 1,014.00 | 490.50 | 13,749.89 | Total: | 187.80 | 3,888.47 |

### Before-Tax Deductions / After-Tax Deductions

| Description | Amount | YTD Amount | Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| HRAMedBCBS | 48.46 | 242.30 | Misc Ded | | 45.00 |
| Den Stndrd | 15.13 | 75.65 | FastMail | | 115.16 |
| VSP Vision | 1.74 | 8.70 | Mktg Prog | | 80.00 |
| WF 401k CU | 50.00 | 200.00 | DPNDT Life | 0.69 | 3.45 |
| WF 401k | 60.84 | 604.77 | Optnl LTD | 3.69 | 18.45 |
| | | | WF Roth | 50.70 | 262.16 |
| | | | WF Roth CU | 50.00 | 200.00 |
| Total: | 176.17 | 1,131.42 | Total: | 105.08 | 724.22 |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 49769051 | Checking | XXXXX7359 | 25.00 |
| Direct Deposit | 49769051 | Checking | XXXXXXXXX4502 | 519.95 |
| Total: | | | | 544.95 |

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA   MAR 21 2012   REGINA THOMAS, CLERK   BY: DEPUTY CLERK

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS<br>6969 WIND RUN WAY<br>STONE MOUNTAIN, GA 30087<br><br>Job Title: MORTGAGE CONSULTANT (SAFE) | EmplID: 00001219047<br>AU#/CC#: 0035809<br>Location: ALPHA3333<br>Pay Begin Date: 02/12/2012<br>Pay End Date: 02/25/2012<br>Check Date: 03/02/2012 | TAX DATA: | Federal | GA |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 0 | 0 |
| | | Addl. Amt: | | |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,005.00 | 829.37 | 185.50 | 280.26 | 539.24 |
| YTD | 12,735.89 | 11,780.64 | 3,700.67 | 1,574.39 | 7,460.83 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| Regular Pay | 80.00 | 12.000000 | 960.00 | 378.00 | 4,536.00 |
| OverTimePay | 2.50 | 18.000000 | 45.00 | 5.50 | 99.00 |
| OverTimePay - Overide Amount | | | | | 0.65 |
| Holiday | | | | 16.00 | 192.00 |
| WFHM Scorecard Bonus-Personal | | | | | 1,279.48 |
| WFHM Commission Flat | | | | | 6,532.76 |
| PTO | | | | 8.00 | 96.00 |
| **Total:** | **82.50** | | **1,005.00** | **407.50** | **12,735.89** |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 95.27 | 2,352.10 |
| Fed MED/EE | 13.62 | 180.88 |
| Fed OASDI/EE | 39.46 | 523.93 |
| GA Withholdng | 37.15 | 643.76 |
| **Total:** | **185.50** | **3,700.67** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| HRAMedBCBS | 48.46 | 193.84 |
| Den Stndrd | 15.13 | 60.52 |
| VSP Vision | 1.74 | 6.96 |
| WF 401k CU | 50.00 | 150.00 |
| WF 401k | 60.30 | 543.93 |
| **Total:** | **175.63** | **955.25** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Misc Ded | | 45.00 |
| FastMail | | 115.16 |
| Mktg Prog | | 80.00 |
| DPNDT Life | 0.69 | 2.76 |
| Optnl LTD | 3.69 | 14.76 |
| WF Roth | 50.25 | 211.46 |
| WF Roth CU | 50.00 | 150.00 |
| **Total:** | **104.63** | **619.14** |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 49494780 | Checking | XXXXX7359 | 40.00 |
| Direct Deposit | 49494780 | Checking | XXXXXXXXX4502 | 499.24 |
| **Total:** | | | | **539.24** |

## Pay Voucher



### LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
|  | Pay Begin Date: | 01/29/2012 | Addl. Amt: |  |  |
| Job Title: MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 02/11/2012 |  |  |  |
|  | Check Date: | 02/17/2012 |  |  |  |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 7,100.45 | 6,559.09 | 2,295.33 | 881.46 | 3,923.66 |
| YTD | 11,730.89 | 10,951.27 | 3,515.17 | 1,294.13 | 6,921.59 |

| Earnings Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| WFHM Commission Flat |  |  | 4,806.32 |  | 6,532.76 | Fed Withholdng | 1,516.91 | 2,256.83 |
| WFHM Scorecard Bonus-Personal |  |  | 1,279.48 |  | 1,279.48 | Fed MED/EE | 102.01 | 167.26 |
| Regular Pay | 80.00 | 12.000000 | 960.00 | 298.00 | 3,576.00 | Fed OASDI/EE | 295.48 | 484.47 |
| OverTimePay | 3.00 | 18.000000 | 54.00 | 3.00 | 54.00 | GA Withholdng | 380.93 | 606.61 |
| OverTimePay - Overide Amount |  |  | 0.65 |  | 0.65 |  |  |  |
| Holiday - Week Ending 1/21/2012 |  |  |  | 16.00 | 192.00 |  |  |  |
| PTO |  |  |  | 8.00 | 96.00 |  |  |  |
| Total: | 83.00 |  | 7,100.45 | 325.00 | 11,730.89 | Total: | 2,295.33 | 3,515.17 |

| Before-Tax Deductions Description | Amount | YTD Amount | After-Tax Deductions Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| HRAMedBCBS | 48.46 | 145.38 | Misc Ded | 35.00 | 45.00 |
| Den Stndrd | 15.13 | 45.39 | FastMail | 68.71 | 115.16 |
| VSP Vision | 1.74 | 5.22 | Mktg Prog | 40.00 | 80.00 |
| WF 401k CU | 50.00 | 100.00 | DPNDT Life | 0.69 | 2.07 |
| WF 401k | 426.03 | 483.63 | Optnl LTD | 3.69 | 11.07 |
|  |  |  | WF Roth | 142.01 | 161.21 |
|  |  |  | WF Roth CU | 50.00 | 100.00 |
| Total: | 541.36 | 779.62 | Total: | 340.10 | 514.51 |

| Net Pay Distribution |  | Paycheck Number |  | Account Number | Amount |
|---|---|---|---|---|---|
| Direct Deposit |  | 49215547 | Checking | XXXXX7359 | 40.00 |
| Direct Deposit |  | 49215547 | Checking | XXXXXXXXX4502 | 3,883.66 |
| Total: |  |  |  |  | 3,923.66 |

**Pay Voucher**



## LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
|  | Pay Begin Date: | 01/15/2012 | Addl. Amt: | | |
| Job Title:  MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 01/28/2012 | | | |
|  | Check Date: | 02/03/2012 | | | |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 787.07 | 174.10 | 246.51 | 539.39 |
| YTD | 4,630.44 | 4,392.18 | 1,219.84 | 412.67 | 2,997.93 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| Regular Pay | 72.00 | 12.000000 | 864.00 | 218.00 | 2,616.00 |
| Holiday - Week Ending 1/21/2012 | 8.00 | 12.000000 | 96.00 | 16.00 | 192.00 |
| PTO | | | | 8.00 | 96.00 |
| WFHM Commission Flat | | | | | 1,726.44 |
| **Total:** | **80.00** | | **960.00** | **242.00** | **4,630.44** |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 88.93 | 739.92 |
| Fed MED/EE | 12.98 | 65.25 |
| Fed OASDI/EE | 37.58 | 188.99 |
| GA Withholdng | 34.61 | 225.68 |
| **Total:** | **174.10** | **1,219.84** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| HRAMedBCBS | 48.46 | 96.92 |
| Den Stndrd | 15.13 | 30.26 |
| VSP Vision | 1.74 | 3.48 |
| WF 401k CU | 50.00 | 50.00 |
| WF 401k | 57.60 | 57.60 |
| **Total:** | **172.93** | **238.26** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Misc Ded | | 10.00 |
| FastMail | | 46.45 |
| Mktg Prog | | 40.00 |
| DPNDT Life | 0.69 | 1.38 |
| Optnl LTD | 3.69 | 7.38 |
| WF Roth | 19.20 | 19.20 |
| WF Roth CU | 50.00 | 50.00 |
| **Total:** | **73.58** | **174.41** |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 48942548 | Checking | XXXXX7359 | 40.00 |
| Direct Deposit | 48942548 | Checking | XXXXXXXXX4502 | 499.39 |
| **Total:** | | | | **539.39** |

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
|  | Pay Begin Date: | 12/18/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 12/31/2011 | | | |
|  | Check Date: | 01/06/2012 | | | |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 960.00 | 214.09 |  | 745.91 |
| YTD | 960.00 | 960.00 | 214.09 |  | 745.91 |

| Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Description | Amount | YTD Amt |
| Regular Pay | 72.00 | 12.000000 | 864.00 | 72.00 | 864.00 | Fed Withholdng | 114.87 | 114.87 |
| PTO - Week Ending 12/31/2011 | 8.00 | 12.000000 | 96.00 | 8.00 | 96.00 | Fed MED/EE | 13.92 | 13.92 |
|  |  |  |  |  |  | Fed OASDI/EE | 40.32 | 40.32 |
|  |  |  |  |  |  | GA Withholdng | 44.98 | 44.98 |
| Total: | 80.00 |  | 960.00 | 80.00 | 960.00 | Total: | 214.09 | 214.09 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amt |
| Total: | | | Total: | | |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
|  | Paycheck Number |  | Account Number | Amount |
| Direct Deposit | 48390082 | Checking | XXXXXXXXX4502 | 745.91 |

## Pay Voucher



### LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 12/04/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | | Pay End Date: | 12/17/2011 | | | |
| | | Check Date: | 12/23/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,104.87 | 4,071.91 | 1,358.59 | 124.10 | 2,622.18 |
| YTD | 16,551.88 | 16,288.20 | 4,375.59 | 642.32 | 11,533.97 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| WFHM Commission Flat | | | 3,170.51 | | 5,327.52 |
| Regular Pay | 77.00 | 12.000000 | 924.00 | 908.00 | 10,896.00 |
| HSA Employer Contrib | | | 116.66 | | 116.66 |
| OverTimePay - Overide Amount | | | 10.36 | | 10.36 |
| Holiday - Week Ending 11/26/2011 | | | | 25.00 | 300.00 |
| OverTimePay | | | | 1.00 | 18.00 |
| **Total:** | **77.00** | | **4,104.87** | **934.00** | **16,551.88** |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 896.83 | 2,629.42 |
| Fed MED/EE | 59.04 | 236.18 |
| Fed OASDI/EE | 171.02 | 684.10 |
| GA Withholdng | 231.70 | 825.89 |
| **Total:** | **1,358.59** | **4,375.59** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| HSA HDHP | 24.46 | 195.68 |
| Den-Stndrd | 5.94 | 47.52 |
| VSP Vision | 2.56 | 20.48 |
| **Total:** | **32.96** | **263.68** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| FastMail | 47.66 | 95.80 |
| Mktg Prog | 40.00 | 255.00 |
| DPNDT Life | 0.69 | 5.52 |
| Optnl LTD | 2.79 | 22.32 |
| **Total:** | **91.14** | **378.64** |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 48121012 | Checking | XXXXXXXXX4502 | 2,622.18 |

**Pay Voucher**



## LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | Pay Begin Date: | 11/06/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 11/19/2011 | | | |
| | Check Date: | 11/25/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,009.01 | 976.05 | 223.77 | 124.58 | 660.66 |
| YTD | 11,523.01 | 11,325.25 | 2,820.62 | 481.78 | 8,220.61 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| Regular Pay | 71.00 | 12.000000 | 852.00 | 762.00 | 9,144.00 |
| Holiday - Week Ending 11/12/2011 | 9.00 | 12.000000 | 108.00 | 17.00 | 204.00 |
| WFHM Commission Flat | | | 49.01 | | 2,157.01 |
| OverTimePay | | | | 1.00 | 18.00 |
| Total: | 80.00 | | 1,009.01 | 780.00 | 11,523.01 |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 122.68 | 1,627.40 |
| Fed MED/EE | 14.16 | 164.22 |
| Fed OASDI/EE | 40.99 | 475.66 |
| GA Withholdng | 45.94 | 553.34 |
| Total: | 223.77 | 2,820.62 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| HSA HDHP | 24.46 | 146.76 |
| Den-Stndrd | 5.94 | 35.64 |
| VSP Vision | 2.56 | 15.36 |
| Total: | 32.96 | 197.76 |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Mktg Prog | 40.00 | 215.00 |
| DPNDT Life | 0.69 | 4.14 |
| Optnl LTD | 2.79 | 16.74 |
| FastMail | 48.14 | 48.14 |
| Total: | 91.62 | 284.02 |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 47583419 | Checking | XXXXXXXXX4502 | 660.66 |

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| | | | |
|---|---|---|---|
| LISA DAVIS | EmplID: 00001219047 | TAX DATA: | Federal / GA |
| 6969 WIND RUN WAY | AU#/CC#: 0035809 | Marital Status: | Single / Single |
| STONE MOUNTAIN, GA 30087 | Location: ALPHA3333 | Allowances: | 0 / 0 |
| | Pay Begin Date: 11/06/2011 | Addl. Amt: | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | Pay End Date: 11/19/2011 | | |
| | Check Date: 11/25/2011 | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,009.01 | 976.05 | 223.77 | 124.58 | 660.66 |
| YTD | 11,523.01 | 11,325.25 | 2,820.62 | 481.78 | 8,220.61 |

| Earnings Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 71.00 | 12.000000 | 852.00 | 762.00 | 9,144.00 | Fed Withholdng | 122.68 | 1,627.40 |
| Holiday - Week Ending 11/12/2011 | 9.00 | 12.000000 | 108.00 | 17.00 | 204.00 | Fed MED/EE | 14.16 | 164.22 |
| WFHM Commission Flat | | | 49.01 | | 2,157.01 | Fed OASDI/EE | 40.99 | 475.66 |
| OverTimePay | | | | 1.00 | 18.00 | GA Withholdng | 45.94 | 553.34 |
| Total: | 80.00 | | 1,009.01 | 780.00 | 11,523.01 | Total: | 223.77 | 2,820.62 |

| Before-Tax Deductions Description | Amount | YTD Amount | After-Tax Deductions Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| HSA HDHP | 24.46 | 146.76 | Mktg Prog | 40.00 | 215.00 |
| Den-Stndrd | 5.94 | 35.64 | DPNDT Life | 0.69 | 4.14 |
| VSP Vision | 2.56 | 15.36 | Optnl LTD | 2.79 | 16.74 |
| | | | FastMail | 48.14 | 48.14 |
| Total: | 32.96 | 197.76 | Total: | 91.62 | 284.02 |

| Net Pay Distribution | | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|---|
| Direct Deposit | | 47583419 | Checking | XXXXXXXXX4502 | 660.66 |

**Pay Voucher**



# LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 10/23/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | | Pay End Date: | 11/05/2011 | | | |
| | | Check Date: | 11/10/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 978.00 | 945.04 | 210.78 | 36.44 | 730.78 |
| YTD | 10,514.00 | 10,349.20 | 2,596.85 | 357.20 | 7,559.95 |

| Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Description | Amount | YTD Amt |
| Regular Pay | 80.00 | 12.000000 | 960.00 | 691.00 | 8,292.00 | Fed Withholdng | 113.29 | 1,504.72 |
| OverTimePay | 1.00 | 18.000000 | 18.00 | 1.00 | 18.00 | Fed MED/EE | 13.70 | 150.06 |
| WFHM Commission Flat | | | | | 2,108.00 | Fed OASDI/EE | 39.70 | 434.67 |
| Holiday | | | | 8.00 | 96.00 | GA Withholdng | 44.09 | 507.40 |
| Total: | 81.00 | | 978.00 | 700.00 | 10,514.00 | Total: | 210.78 | 2,596.85 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amt |
| HSA HDHP | 24.46 | 122.30 | Mktg Prog | | 175.00 |
| Den-Stndrd | 5.94 | 29.70 | DPNDT Life | 0.69 | 3.45 |
| VSP Vision | 2.56 | 12.80 | Optnl LTD | 2.79 | 13.95 |
| Total: | 32.96 | 164.80 | Total: | 3.48 | 192.40 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| | | Paycheck Number | Account Number | Amount |
| Direct Deposit | | 47315159 | Checking XXXXXXXXXX4502 | 730.78 |

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 10/09/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | | Pay End Date: | 10/22/2011 | | | |
| | | Check Date: | 10/28/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,032.00 | 2,999.04 | 966.66 | 76.44 | 1,988.90 |
| YTD | 9,536.00 | 9,404.16 | 2,386.07 | 320.76 | 6,829.17 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| WFHM Commission Flat | | | 2,108.00 | | 2,108.00 |
| Regular Pay | 77.00 | 12.000000 | 924.00 | 611.00 | 7,332.00 |
| Holiday | | | | 8.00 | 96.00 |
| **Total:** | **77.00** | | **3,032.00** | **619.00** | **9,536.00** |

### Taxes

| Description | Amount | YTD Amt |
|---|---|---|
| Fed Withholdng | 629.90 | 1,391.43 |
| Fed MED/EE | 43.49 | 136.36 |
| Fed OASDI/EE | 125.95 | 394.97 |
| GA Withholdng | 167.32 | 463.31 |
| **Total:** | **966.66** | **2,386.07** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| HSA HDHP | 24.46 | 97.84 |
| Den-Stndrd | 5.94 | 23.76 |
| VSP Vision | 2.56 | 10.24 |
| **Total:** | **32.96** | **131.84** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Mktg Prog | 40.00 | 175.00 |
| DPNDT Life | 0.69 | 2.76 |
| Optnl LTD | 2.79 | 11.16 |
| **Total:** | **43.48** | **188.92** |

### Net Pay Distribution

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 47046542 | Checking | XXXXXXXXX4502 | 1,988.90 |

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
|  | Pay Begin Date: | 09/25/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 10/08/2011 | | | |
|  | Check Date: | 10/14/2011 | | | |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 936.00 | 903.04 | 199.58 | 36.44 | 699.98 |
| YTD | 6,504.00 | 6,405.12 | 1,419.41 | 244.32 | 4,840.27 |

| Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Hours | YTD Amt Description | Amount | YTD Amt |
| Regular Pay | 78.00 | 12.000000 | 936.00 | 534.00 | 6,408.00 Fed Withholdng | 106.99 | 761.53 |
| Holiday | | | | 8.00 | 96.00 Fed MED/EE | 13.09 | 92.87 |
| | | | | | Fed OASDI/EE | 37.93 | 269.02 |
| | | | | | GA Withholdng | 41.57 | 295.99 |
| Total: | 78.00 | | 936.00 | 542.00 | 6,504.00 Total: | 199.58 | 1,419.41 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amt |
| HSA HDHP | 24.46 | 73.38 | Mktg Prog | | 135.00 |
| Den-Stndrd | 5.94 | 17.82 | DPNDT Life | 0.69 | 2.07 |
| VSP Vision | 2.56 | 7.68 | Optnl LTD | 2.79 | 8.37 |
| Total: | 32.96 | 98.88 | Total: | 3.48 | 145.44 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| | | Paycheck Number | | Account Number | Amount |
| Direct Deposit | | 46779043 | Checking | XXXXXXXXX4502 | 699.98 |

https://hrpeoplesoft.wellsfargo.com/psc/PSHR_11/EMP_NW/HRMS/c/HR_NW.PY_IC_PAY_IN...   3/15/2012

## Pay Voucher



### LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 09/11/2011 | Addl. Amt: | | |
| Job Title: | MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 09/24/2011 | | | |
| | | Check Date: | 09/30/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 927.04 | 205.98 | 76.44 | 677.58 |
| YTD | 5,568.00 | 5,502.08 | 1,219.83 | 207.88 | 4,140.29 |

| Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Description | Amount | YTD Amt |
| Regular Pay | 80.00 | 12.000000 | 960.00 | 456.00 | 5,472.00 | Fed Withholdng | 110.59 | 654.54 |
| Holiday - Week Ending 9/10/2011 | | | | 8.00 | 96.00 | Fed MED/EE | 13.44 | 79.78 |
| | | | | | | Fed OASDI/EE | 38.94 | 231.09 |
| | | | | | | GA Withholdng | 43.01 | 254.42 |
| Total: | 80.00 | | 960.00 | 464.00 | 5,568.00 | Total: | 205.98 | 1,219.83 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amt |
| HSA HDHP | 24.46 | 48.92 | Mktg Prog | 40.00 | 135.00 |
| Den-Stndrd | 5.94 | 11.88 | DPNDT Life | 0.69 | 1.38 |
| VSP Vision | 2.56 | 5.12 | Optnl LTD | 2.79 | 5.58 |
| Total: | 32.96 | 65.92 | Total: | 43.48 | 141.96 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| | Paycheck Number | | Account Number | Amount |
| Direct Deposit | 46512142 | Checking | XXXXXXXXX4502 | 677.58 |



**Pay Voucher**

## LISA DAVIS

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 08/28/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | | Pay End Date: | 09/10/2011 | | | |
| | | Check Date: | 09/16/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 927.04 | 205.97 | 36.44 | 717.59 |
| YTD | 4,608.00 | 4,575.04 | 1,013.85 | 131.44 | 3,462.71 |

| Earnings Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 72.00 | 12.000000 | 864.00 | 376.00 | 4,512.00 | Fed Withholdng | 110.59 | 543.95 |
| Holiday - Week Ending 9/10/2011 | 8.00 | 12.000000 | 96.00 | 8.00 | 96.00 | Fed MED/EE | 13.44 | 66.34 |
| | | | | | | Fed OASDI/EE | 38.93 | 192.15 |
| | | | | | | GA Withholdng | 43.01 | 211.41 |
| Total: | 80.00 | | 960.00 | 384.00 | 4,608.00 | Total: | 205.97 | 1,013.85 |

| Before-Tax Deductions Description | Amount | YTD Amount | After-Tax Deductions Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| HSA HDHP | 24.46 | 24.46 | Mktg Prog | | 95.00 |
| Den-Stndrd | 5.94 | 5.94 | DPNDT Life | 0.69 | 0.69 |
| VSP Vision | 2.56 | 2.56 | Optnl LTD | 2.79 | 2.79 |
| Total: | 32.96 | 32.96 | Total: | 3.48 | 98.48 |

| Net Pay Distribution | | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|---|
| Direct Deposit | | 46245316 | Checking | XXXXXXXXX4502 | 717.59 |

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|
| 6969 WIND RUN WAY | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | Location: | ALPHA3333 | Allowances: | 0 | 0 |
|  | Pay Begin Date: | 08/28/2011 | Addl. Amt: |  |  |
| Job Title:  MORTGAGE CONSULTANT (SAFE) | Pay End Date: | 09/10/2011 |  |  |  |
|  | Check Date: | 09/16/2011 |  |  |  |

|  | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 927.04 | 205.97 | 36.44 | 717.59 |
| YTD | 4,608.00 | 4,575.04 | 1,013.85 | 131.44 | 3,462.71 |

| Earnings Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 72.00 | 12.000000 | 864.00 | 376.00 | 4,512.00 | Fed Withholdng | 110.59 | 543.95 |
| Holiday - Week Ending 9/10/2011 | 8.00 | 12.000000 | 96.00 | 8.00 | 96.00 | Fed MED/EE | 13.44 | 66.34 |
|  |  |  |  |  |  | Fed OASDI/EE | 38.93 | 192.15 |
|  |  |  |  |  |  | GA Withholdng | 43.01 | 211.41 |
| Total: | 80.00 |  | 960.00 | 384.00 | 4,608.00 | Total: | 205.97 | 1,013.85 |

| Before-Tax Deductions Description | Amount | YTD Amount | After-Tax Deductions Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| HSA HDHP | 24.46 | 24.46 | Mktg Prog |  | 95.00 |
| Den-Stndrd | 5.94 | 5.94 | DPNDT Life | 0.69 | 0.69 |
| VSP Vision | 2.56 | 2.56 | Optnl LTD | 2.79 | 2.79 |
| Total: | 32.96 | 32.96 | Total: | 3.48 | 98.48 |

| Net Pay Distribution |  | Paycheck Number |  | Account Number | Amount |
|---|---|---|---|---|---|
| Direct Deposit |  | 46245316 | Checking | XXXXXXXXX4502 | 717.59 |

https://hrpeoplesoft.wellsfargo.com/psc/PSHR_15/EMP_NW/HRMS/c/HR_NW.PY_IC_PAY_IN...    3/15/2012

## Pay Voucher



**LISA DAVIS**

B10 WELLS FARGO BANK N A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104

| LISA DAVIS | | EmplID: | 00001219047 | TAX DATA: | Federal | GA |
|---|---|---|---|---|---|---|
| 6969 WIND RUN WAY | | AU#/CC#: | 0035809 | Marital Status: | Single | Single |
| STONE MOUNTAIN, GA 30087 | | Location: | ALPHA3333 | Allowances: | 0 | 0 |
| | | Pay Begin Date: | 08/14/2011 | Addl. Amt: | | |
| Job Title: MORTGAGE CONSULTANT (SAFE) | | Pay End Date: | 08/27/2011 | | | |
| | | Check Date: | 09/02/2011 | | | |

| | Total Earnings | Cur TaxableGrs | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 960.00 | 960.00 | 214.76 | | 745.24 |
| YTD | 3,648.00 | 3,648.00 | 807.88 | 95.00 | 2,745.12 |

| Earnings Description | Hours | Rate | Amount | YTD Hours | YTD Amt | Taxes Description | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 80.00 | 12.000000 | 960.00 | 304.00 | 3,648.00 | Fed Withholdng | 115.54 | 433.36 |
| | | | | | | Fed MED/EE | 13.92 | 52.90 |
| | | | | | | Fed OASDI/EE | 40.32 | 153.22 |
| | | | | | | GA Withholdng | 44.98 | 168.40 |
| Total: | 80.00 | | 960.00 | 304.00 | 3,648.00 | Total: | 214.76 | 807.88 |

| Before-Tax Deductions Description | Amount | YTD Amount | After-Tax Deductions Description | Amount | YTD Amt |
|---|---|---|---|---|---|
| | | | Mktg Prog | | 95.00 |
| Total: | | | Total: | | 95.00 |

| Net Pay Distribution | | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|---|
| Direct Deposit | | 45977569 | Checking | XXXXXXXXX4502 | 745.24 |